**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-62682-RAR**

**TODD FRATILLA and LORRAINE FRATILLA**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**US DEALER SERVICES INC. d/b/a US DEALER SERVICES**,

    Defendant.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Notice of Voluntary Dismissal with Prejudice [ECF No. 9] ("Notice"). The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of March, 2021.

                                                         _____
                                                         **RODOLFO A. RUIZ II**
                                                         UNITED STATES DISTRICT JUDGE

cc:    counsel of record